**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

MARCIA MARYCZ,

Plaintiff,

v.

HOLLAND AMERICA LINE N.V. LLC, HOLLAND AMERICA LINE N.V., HOLLAND AMERICA LINE INC., HOLLAND AMERICA LINE – USA INC., d/b/a HOLLAND AMERICA, DOES 1 - 10,

Defendants.

No. 2:25-cv-02354-JHC

**ORDER TO CONTINUE TRIAL AND ASSOCIATED DEADLINES**

Before the Court is the parties' Stipulated Motion to Continue Trial and Associated Deadlines. Dkt. # 12. Given its trial calendar, the Court CONTINUES trial in this matter to **November 8, 2027**. The Court DIRECTS the Clerk to issue an order that sets pretrial deadlines in accordance with the standard schedule, beginning with the deadline for amending pleadings.

//

//

DATED this 13th day of October, 2026.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE